■ In the Matter of JESSE LINCOLN WOODARD, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [675 NYS2d 391] —Per Curiam. Respondent was admitted to practice by this Court in 1980. He maintained a law office in the District of Columbia, where he was also admitted to practice in 1980.

Petitioner, the Committee on Professional Standards, moves for an order reciprocally disciplining respondent (see, 22 NYCRR 806.19) by reason of his disbarment by the District of Columbia Court of Appeals in 1994. Respondent was disbarred for professional misconduct including repeated acts involving reckless misappropriation of client funds.

Upon this record and having considered all of the papers

submitted by respondent, we grant petitioner's motion and further conclude that the interests of justice will be served by imposing upon respondent the same discipline in this State as was imposed in the District of Columbia, namely disbarment.

Cardona, P. J., Peters, Spain, Carpinello and Graffeo, JJ., concur. Ordered that petitioner's motion is granted; and it is further ordered that respondent is disbarred and his name is stricken from the roll of attorneys of the State of New York, effective immediately; and it is further ordered that respondent is commanded to desist and refrain from the practice of law in any form either as principal or as agent, clerk or employee of another; and he is forbidden to appear as attorney or counselor-at-law before any court, Judge, Justice, board, commission or other public authority or to give to another any opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that respondent shall comply with the provisions of this Court's rule (22 NYCRR 806.9) regulating the conduct of disbarred attorneys.